LAW OFFICE OF

# ELIZABETH EILENDER

225 Broadway, 24th Floor
NEW YORK, NEW YORK 10007

(212) 227-2174

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 1/16/08

January 16, 2008

**MEMO ENDORSED**

**BY FAX**

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Fax: 212-805-6326

Re: *Spollen v. Guardian Life*
S.D.N.Y. Docket no. 08 CV 305 (CM)

Dear Judge McMahon,

I represent the plaintiff in the above-referenced matter, which was removed by the defendant from state court on January 14, 2008.

Although this action was commenced in state court last July, 2007, some six months ago, and thus we believe a good argument can be made that the removal was not timely, our primary interest is resolving this matter expeditiously, so we are electing not to get bogged down in a debate over remand.

On November 21, 2007 the state court judge who was then presiding over this case, Justice Charles E. Ramos of Supreme Court, New York County, issued a discovery scheduling order setting a swift schedule for this case pursuant to which all discovery was to be complete by February 29, 2008. A copy of that scheduling order is enclosed (Exhibit A). I am concerned that the defendant removed the case when it did in an effort to derail Justice Ramos' schedule, which had deadlines set for this week and next week. Removal should not be used as an artifice to gain extensions of a discovery schedule.

1/15/2008 Justice Ramos' order will be followed in this Court. I will not extend the deadline by 6 months. I remind everyone that discovery (see my rules) begins the day the petition is filed, not removed. ... defendant should refrain from arguing otherwise.

---

Accordingly, plaintiff respectfully requests that the Court direct that Justice Ramos' discovery schedule be adhered to despite the removal of this action.

Respectfully yours,

Elizabeth Eilender

cc: Robert D. Meade, Esq. *by fax (914)* 683-6956

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION

MARTIN SPOLLEN PT

*Plaintiff(s)*

-against-

THE GUARDIAN LIFE INSURANCE CO

*Defendant(s)*

Present: Ramos
*Justice*

IAS 53

Index No. 602347/07

Standard
**PRELIMINARY CONFERENCE ORDER**

APPEARANCES:
Plaintiff(s): ELIZABETH GLEASON BY A JAMES

Defendant(s): BLEAKLEY PLATT & SCHMIDT BY

It is hereby ORDERED that disclosure shall proceed as follows:

~~(1) BILL OF PARTICULARS (See CPLR 3130(1)):~~
~~(a) Demand for a bill of particulars shall be served by ______ on or before ______~~
~~(b) Bill of particulars shall be served by ______ on or before ______~~

(2) DOCUMENT PRODUCTION:

(a) Demand for discovery and inspection shall be served by P & Δ on or before 12/7/07

(b) Response to demand shall be served by P & Δ on or before 1/11/08

Δ Including Reflexive TA documents

All document requests limited to purpose timing and conditions which began in 4/99

(3) INTERROGATORIES:

(a) Interrogatories shall be served by all parties on or before 60 days before end of discovery

(b) Answers to interrogatories shall be served by ______ on or before 35 days after service

(4) DEPOSITION ON ORAL QUESTIONS:

[ ] Plaintiff(s) [ ] Defendant(s) [x] All Parties — non parties by 2/15/08

shall be held P on 3/31/08
Δ BY WITNESS WITH KNOWLEDGE AS TO THE REASONS FOR Δ's NON PAYMENT OF BILLS ON

Notices and subpoenas to be served by [illegible] 1/18/08

602347/07

(5) OTHER DISCLOSURE: Δ to produce complete file maintained for David Jaroslawicz including all computer records & emails within 10 days of service of the authorization of what available to π.

Δ to produce rules & regulations with regard to payment of claims for physical therapy in effect by 12/7/07 from 2000 to present

(6) If a motion relating to disclosure has raised additional disclosure issues, the parties shall: 646-386-3229 Call Chambers

(7) IMPLEADER: Shall be completed on or before 30 days after last party depos by

(8) END DATE FOR ALL DISCLOSURE: 2/29/08

(9) COMPLIANCE CONFERENCE: Shall be held on Jan 14, 2008 @ 430 π(initials)

(10) MOTIONS. Any dispositive motion(s) shall be made on or before 30 days after filing note of issue.

(11) NOTE OF ISSUE: π shall file a note of issue/certificate of readiness on or before 2/29/08

A copy of this order shall be served and filed with the note of issue.

THE DATES SET FORTH HEREIN MAY NOT BE ADJOURNED EXCEPT WITH APPROVAL OF THE COURT

SO ORDERED:

Dated: 11/21/07 ______ J.S.C. CHARLES E. RAMOS

ADDITIONAL DIRECTIVES

In addition to the directives set forth above, it is further ORDERED as follows:

By 12/7/07 Δ shall produce all documents supporting Δ's position that the policy of insurance was issued pursuant to ... within 10 days of service of the authorization from Jaroslawicz.

Δ to produce documents re requested ... notice to produce dated 3/23/07 by 12/7/07 ... including privilege log by 12/7/07

By 11/28/07 non-party David Jaroslawicz to provide A2's for 1) Dr. Freeman 2) Dr. Roisman 3) Dr. Suarez & Dr. ...

All productions to be made in hard copy to chambers.

SO ORDERED:

Dated: 11/21/07 ______ J.S.C. CHARLES E. RAMOS