UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARTIN SPOLLEN, P.T.                                    08 Civ. 00305
                                                        Judge McMahon
                        Plaintiff,
                                                        **NOTICE OF APPEARANCE**
   -against-

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

                        Defendant.

------------------------------------------------------------------x

       Please take notice that the undersigned appears herein as counsel for the plaintiff and demands that all papers served herein be served upon her.

Dated: New York, New York
       January 14, 2008

                                    ELIZABETH EILENDER, ESQ.
                                    Attorneys for Plaintiff
                                    225 Broadway, 24th Floor
                                    New York, New York 10007
                                    (212) 227-2174

                                By:     s/Elizabeth Eilender
                                         **Elizabeth Eilender (EE-6668)**

TO:

BLEAKLEY PLATT & SCHMIDT LLP
Attorneys for Defendant
One North Lexington Avenue
P.O. Box 5056
White Plains, New York 10602-5056
(914) 949-2700