UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARTIN SPOLLEN, P.T.                                08 Civ. 00305
                                                    Judge McMahon
                        Plaintiff,
                                                    **JURY DEMAND**
    -against-

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

                        Defendant.

------------------------------------------------------------------x

COUNSELORS:

      PLEASE TAKE NOTICE, that plaintiff in the above matter hereby demand a trial by jury. This is being served without prejudice to plaintiff's motion to remand but is simply to protect plaintiff's right to a jury trial.

Dated:  New York, New York
          January 14, 2008

                                        ELIZABETH EILENDER, ESQ.
                                        Attorneys for Plaintiff
                                        225 Broadway, 24th Floor
                                        New York, New York 10007
                                        (212) 227-2174

                                        By:     s/Elizabeth Eilender
                                                 **Elizabeth Eilender (EE-6668)**

TO:

BLEAKLEY PLATT & SCHMIDT LLP
Attorneys for Defendant
One North Lexington Avenue
P.O. Box 5056
White Plains, New York 10602-5056
(914) 949-2700