UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Martin Spollyn, P.T.

Plaintiff,

08 CIVIL 305 (CM)

-against-

The Guardian Life Ins. Company of America Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Elizabeth Eilender__

☒ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __6668__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __225 Broadway, 24th Fl, NY, NY 10007__

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: 1/31/08

[signature]