UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Martin Spollen, P.T.,

                            08 Civ. 305 (CM)(DFE)

                Plaintiff(s),

                            ORDER OF REFERENCE
    -against-                       TO A MAGISTRATE JUDGE
The Guardian Life Insurance Company of America,

                Defendant(s).
------------------------------------------------------X

The above entitled action is referred to the Honorable Douglas F. Eaton, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| \_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ Specific Non-Dispositive Motion/Dispute:* <br> _Discovery Supervision_ | \_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br> Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | \_\_\_\_ Habeas Corpus <br><br> \_\_\_\_ Social Security |
| \_\_\_\_ Settlement* <br><br> \_\_\_\_ Inquest After Default/Damages Hearing | \_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> Particular Motion:_____ <br><br> All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: March 7, 2008
~~New York, New York~~

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

SO ORDERED: _/s/ Colleen McMahon_

Hon. Colleen McMahon
United States District Judge