# BLEAKLEY PLATT

NEW YORK    CONNECTICUT

ROBERT D. MEADE
914.287.6112
rmeade@bpslaw.com

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
Fax: 914.683.6956
BPSLAW.COM

## MEMO ENDORSED

March 11, 2008

By Facsimile

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

Re: *Spollen v. Guardian Life*, 08 CV 305 (CM)

Dear Judge McMahon:

I have been directed by Magistrate Judge Douglas F. Eaton to inquire whether, in view of the reference of the matter to him, the conference scheduled before you for March 14 will take place.

Respectfully,

*Robt. D. Meade*

ROBERT D. MEADE

RDM:sam

cc: Magistrate Judge Douglas F. Eaton *(By Facsimile* 212-805-6181*)*
    Elizabeth Eilender, Esq. *(By Email)*

---

*No need for me to see you. I have adopted Judge Ramos' discovery schedule as our discovery schedule. Only I can vary that unless you consent & go to Judge ~~Ramos~~ Eaton for all purposes.*

*Colleen McMahon*
*3/11/08*