UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

------------------------------------------------------------x

MARTIN SPOLLEN, P.T.

                Plaintiff,

    -against-

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

                Defendant.

------------------------------------------------------------x

08 Civ. 00305 (CM) (DFE)
Judge McMahon

**STIPULATION OF
DISCONTINUANCE
WITHOUT PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that this matter is hereby discontinued without prejudice and without costs to restoring the action to this Court's calendar if the application to restore the action is made within 60 days.

ELIZABETH EILENDER, ESQ.
By: _____
Elizabeth Eilender
Attorney for Plaintiff
225 Broadway, 24th Floor
New York, New York 10007
Tel: (212) 227-2780
Fax: (212) 227-5090

BLEAKLEY PLATT & SCHMIDT LLP
By: _____
Robert Meade
Attorneys for Defendant
One North Lexington Avenue, P.O. Box 5056
White Plains, New York 10602-5056
Tel:(914) 949-2700
Fax: (914) 683-6956

So Ordered:
_____
U.S.D.J.

3-24-08